AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>James Dean Kukan<br><br>Defendant(s) | )<br>)<br>)  Case No.   4:22 MJ 6056 PLC<br>)<br>)  SIGNED AND SUBMITTED TO THE COURT FOR<br>)  FILING BY RELIABLE ELECTRONIC MEANS<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  unknown - February 16, 2022  in the county of  Lincoln  in the
Eastern  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251 | Production of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

/s/ Gregory S. Marx
*Complainant's signature*

Gregory S. Marx, Special Agent, FBI
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:  02/17/2022

*Patricia L. Cohen*
*Judge's signature*

City and state:   St. Louis, Missouri    Honorable Patricia L. Cohen , U.S. Magistrate Judge
*Printed name and title*