The Honorable Audrey G. Fleissig
United States District Court Judge
United States Courthouse
111 S. Tenth Street
St. Louis, MO  63102

Dear Judge Fleissig,

I have never written a serious letter before. This is very difficult for me. I am not very open with my emotions, and I am not used to sharing my thoughts with others.

I alone am responsible for my actions. I cannot understand why I acted as I did or what motivated my decisions. I am having more than a hard time comprehending the choices that I made. As a husband and parent, I was supposed to care, love, and protect my family. I did the opposite. I betrayed them. I had everything a man can hope for, a beautiful family, a beautiful home, and work that I enjoyed. I squandered all of that and worse: I deeply hurt the people I love most in the world.

Despite my actions, and as impossible as it may seem, I love my family more than anything. I am committed to learning from my terrible misdeeds and will take advantage of every opportunity offered on the long road ahead to better understand myself and what led me to commit my crimes. At the same time, I will never forgive myself for what I have done. In the years to come and with help, I hope that I can find myself and repair some of the tremendous damage I have created. I do not know if my children or ex-wife will ever speak with me again. I would understand if they chose not to. Either way, I will do all that I can in the time that I have to remake myself with the hope that one day they might allow me to re-establish a relationship of some kind with them.


James Kukan